IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
00 NOV 24 AM 11:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

OZZIE JONES, )
)
        Petitioner, )
)
vs ) CIVIL ACTION NO.00-S-1942-E
)
WARDEN RILEY, )
)
        Respondent. )

ENTERED
NOV 24 2000

**MEMORANDUM OF OPINION**

    The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections filed by the petitioner, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

    DONE, this 24th day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE

